UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
Case No.: 15-19657-JKO

[] ___ Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

**CASE NO.:15-19657-JKO**

**DEBTOR:  TED DAMES**

Last Four Digits of SS#: XXX-XX-7724

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

| | | |
|---|---|---|
| A. | $3,550.38 | for months 1_____ to 6; |
| B. | $3,660.38 | for months 7_____ to 60; |
| C. | $_____ | for months _____ to 60; in order to pay the following: creditors: |

<u>Administrative</u>:   Attorney's Fee - $1,500.00   TOTAL PAID: $1,500.00
Balance Due   $0.00

<u>Secured Creditors</u>:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Home Mortgage<br>4101 Wiseman Blvd, #MC-T<br>San Antonio, TX 78250<br>xxxx6394<br>Mortgage | Single Family Home<br>1810 N.W. 8th Street, Ft. Lauderdale, FL 33311<br>Value: $51,000.00 | 5.25% | $968.29 | 1 through 60 | $58,097.11 |
| M & T Bank<br>1 Fountain Plaza<br>Buffalo, NY 14203<br>xxxx8548<br>Mortgage | Duplex<br>600-602 N.W. 98th Street<br>Miami, FL 33150<br>Value: $57,000.00 | 5.25% | $1,082.20 | 1 through 60 | $64,932.06 |
| Seymour Realty<br>5065 Willow Palm Road West<br>West Palm Beach, FL 33417<br>xxxx7724<br>Mortgage | Single Family Home<br>570 N.W. 30th Street<br>Miami, FL 33127<br>Value: $62,000.00 | 5.25% | $1,177.13 | 1 through 60 | $70,627.86 |

Priority Creditors: [as defined in 11 U.S.C. §507]

Unsecured Creditors:  Pay $5,400.00/ Payable $100.00 monthly (Months 7 to 60).  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**OTHER PROVISIONS NOT INCLUDED IN THE PLAN:**

1. **DEBTORS WILL MAKE THE FOLLOWING PAYMENTS OUTSIDE OF THE PLAN:**

Property Tax: (Property address- - 600-602 N.W. 98th Street, Miami, FL and 570 N.W. 30th Street, Miami, Florida 33127)
Miami-Dade County Tax Collector's Office
140 W. Flagler Street, Room 101
Miami, FL 33130


Property Tax: (Property address - - 1810 N.W. 8th Street, Ft. Lauderdale, Florida)
Broward County Records Taxes & Treasury
115 S. Andrews Avenue
Ft. Lauderdale, Florida 33301

DEBTOR SHALL PROVIDE COPIES OF YEARLY INCOME TAX RETURNS TO THE CHAPTER 13 TRUSTEE ON OR BEFORE MAY 15 DURING THE PENDENCY OF THE CASE.  IN THE EVENT

DEBTOR'S INCOME OR TAX REFUND INCREASE, DEBTOR SHALL INCREASE PAYMENTS TO UNSECURED CREDITORS OVER AND ABOVE PAYMENTS PROVIDED THROUGH THE PLAN UP TO 100% OF ALLOWED UNSECURED CLAIMS.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

<u>/s/Ted Dames</u>
Debtor

Date: June 9, 2015