## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

In re:

Chapter 13 Case

TED DAMES
Debtor.

Case No.: 15-19657-JKO

_____/

# MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY

## IMPORTANT NOTICE TO CREDITORS:
## THIS IS A MOTION TO VALUE YOUR COLLATERAL

This Motion seeks to value collateral described below securing the claim of the creditor listed below.

IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING [SEE LOCAL RULE 3015-3(A)(2)]

If you have not filed a proof of claim, you have until the later of the claims bar date or 21 days from the date this Motion was served upon you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4)]

1. Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, and Local Rule 3015-3, the debtor seeks to value real property securing the claim of America's Servicing Co., (the "Lender"). Lender holds a mortgage recorded on June 4, 2007 in the official records at OR 44129, P 1613 of the public records of Broward County, Florida.

2. The real property is located at 1810 N.W. 9th Street, Ft. Lauderdale, Florida 33311, and are more particularly described as follows:

Lots 7 and 8, Block 3, of FIRST ADDITION TO LAUDERDALE HOMESITES, according to the Plat thereof, as recorded in Plat Book 3, Page 42 of the Public Records of Broward County, Florida.

LF-77 (rev. 08/01/11)

3. At the time of the filing of this case, the value of the real property is $62,000.00 as determined by an appraisal. See Exhibit "A".

4. No creditor hold lien on the real property, senior to priority to Lender.

5. Lender's collateral is not solely the debtor's principal residence. After payment in full of the claims secured by liens senior to that of Lender, there is equity of $62,000.00 remaining in the real property. Accordingly, the value of Lender's secured interest in the real property is $62,000.00 and the value of the Lender's unsecured, deficiency claim is $75,000.00.

6. The undersigned reviewed the docket and claims register and states:

   _x_ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed.

7. The subject real property may not be sold or refinanced without proper notice and further order of the court.

**WHEREFORE,** the debtor respectfully requests an order of the Court (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) if Lender's secured interest in the real property is determined to be $0, deeming Lender's mortgage on the real property void and extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 11 case, and (e) providing such other and further relief as is just.

## NOTICE IS HEREBY GIVEN THAT:

1. In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the debtor, the debtor's attorney, and the trustee at least two (2) business days prior to the hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without further notice, hearing or order of the Court. Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

2. The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

LF-77 (rev. 08/01/11)

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by certified mail return receipt requested to John Stumpf, President, America's Servicing Company 420 Montgomery St. San Francisco, CA 94104 on this 26 day of August 2015.

ORVILLE MCKENZIE, ESQ.
C. MARIE BREVITT-SCHOOP, P.A.
Attorney for Debtors
20401 N.W. 2nd Avenue, Suite 220
Miami, Florida 33169
Telephone: (305) 653-6959
Facsimile: (305) 653-6442

By: /s/Orville McKenzie
Orville McKenzie
Florida Bar No.: 0155985

Creditor:

John Stumpf, President
America's Servicing Company
420 Montgomery St.
San Francisco, CA 94104

Certified Mail Return Receipt No.: 7014 3490 0002 2913 5929

File No. 1810NW9STREET

## APPRAISAL OF



## LOCATED AT:

1510 NW 9 STREET
FORT LAUDERDALE, FL 33311

## FOR:

TED DAMES
N/A

## BORROWER:

N/A

## AS OF:

November 11, 2014

## BY:

DOMINICK ALI

File No. 1810NW9STREET

TED DAMES
N/A

File Number:   1810NW9STREET

In accordance with your request, I have appraised the real property at:

1810 NW 9 STREET
FORT LAUDERDALE, FL 33311

The purpose of this appraisal is to develop an opinion of the market value of the subject property, as improved.
The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the market value of the property as of   November 11, 2014                                    is:

$62,000
Sixty-Two Thousand Dollars

The attached report contains the description, analysis and supportive data for the conclusions,
final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.

DOMINICK ALI

# Small Residential Income Property Appraisal Report

File No. 1810NW9STREET

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| Property Address 1810 NW 9 STREET | City FORT LAUDERDALE | State FL | Zip Code 33311 |
|---|---|---|---|
| Borrower N/A | Owner of Public Record TED DAMES | County BROWARD | |

Legal Description LAUDERDALE HOMESITES FIRST ADD 3-42 B LOT 7,8 BLK 3

Assessor's Parcel # 5042 04 09 0290

**SUBJECT**

| | | | Tax Year 2012 | R.E. Taxes $ 1,197.44 |
|---|---|---|---|---|
| Occupant [ ] Owner [X] Tenant [ ] Vacant | | Map Reference 50-42-04 | Census Tract 0070.02 | |

Neighborhood Name LAUDERDALE HOMESITES

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) PERSONAL VALUATION

Special Assessments $ N/A    [ ] PUD    HOA $ N/A    [ ] per year    [ ] per month

Lender/Client TED DAMES    Address N/A

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offering price(s), and date(s) THE SUBJECT HAS NOT BEEN LISTED IN THE PAST 12 MONTHS. FARES/TAX/MLX/BROKER

**CONTRACT**

I [ ] did [X] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or any the analysis was not performed PERSONAL VALUATION

Contract Price $ N/A    Date of Contract N/A    Is the property seller the owner of public record? [X] Yes [ ] No    Data Source(s) FARES-REAP

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [X] No

If Yes, report the total dollar amount and describe the items to be paid.    N/A    PERSONAL VALUATION

Note: Race and the racial composition of the neighborhood are not appraisal factors.

**NEIGHBORHOOD**

| Neighborhood Characteristics | | 2-4 Unit Housing Trends | | 2-4 Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | Property Values | [X] Stable [ ] Declining | | PRICE | AGE | One-Unit | 75 % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply | [ ] Shortage [X] In Balance [ ] Over Supply | | $(000) | (yrs) | 2-4 Unit | 5 % |
| Growth [ ] Rapid [X] Stable [ ] Slow | Marketing Time | [X] Under 3 mms [ ] 3-6 mms [ ] Over 6 mms | | 19 Low | 5 | Multi-Family | 5 % |
| | | | | 100 High | 85+ | Commercial | 10 % |
| | | | | 50-65 Pred. | 48 | Other civic | 5 % |

Neighborhood Boundaries THE SUBJECT IS BOUNDED TO THE NORTH BY SUNRISE BLVD. TO THE SOUTH BY BROWARD BLVD. TO THE EAST BY NW 9 AVE AND TO THE WEST BY I54.

Neighborhood Description THE SUBJECT IS LOCATED IN THE MIAMI SECTION OF MIAMI DADE COUNTY, FL. PROPERTIES ARE TYPICALLY IN GOOD CONDITION WITH A MIX OF COMMERCIAL AND RESIDENTIAL UNITS. PROPERTIES ARE PROXIMATE TO SCHOOLS SHOPPING & HOUSES OF WORSHIP. THE NEIGHBORHOOD'S HOUSING STOCK IS VARIED AND HAS GOOD MARKET APPEAL, MAKING MARKETING TIMES FOR APPROPRIATELY PRICED PROPERTIES LESS THAN THREE MONTHS

Market Conditions (including support for the above conclusions) MARKET CONDITIONS ARE BEGINNING TO STABILIZE, WITH SUPPLY STILL OUTSTRIPPING DEMAND IN MOST MARKET SECTORS. PRICES ARE STILL DECLINING, THOUGH AT A SLOWER PACE. LOAN DISCOUNTS, INTEREST BUYDOWNS & OTHER SELLER CONCESSIONS UP TO 6%. AND VA AND FHA FINANCING ARE NOT UNCOMMON; HOWEVER THESE TYPICALLY DO NOT RESULT IN ADJUSTMENTS TO SALE PRICES.

| Dimensions 4,950 SQFT (SUBJECT TO SURVEY) | Area 4,950 Sq Ft. | Shape RECTANGULAR | View RESIDENTIAL |
|---|---|---|---|

Specific Zoning Classification 39-R-4    Zoning Description MULTIFAMILY RESIDENTIAL

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No    If No, describe N/A

**SITE**

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street | [X] | |
| Gas | [ ] | NO NOTED | Sanitary Sewer | [X] | | Alley NONE | | |

FEMA Special Flood Hazard Area [X] Yes [ ] No    FEMA Flood Zone X    FEMA Map # 12011C0216F    FEMA Map Date 08/18/1992

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No    If No, describe N/A

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No    If Yes, describe TO THE BEST OF THE APPRAISER'S KNOWLEDGE, NO TOXIC OR HAZARDOUS SUBSTANCES ARE PRESENT NO ENVIRONMENTAL AUDIT SUPPLIED TO APPRAISER

**IMPROVEMENTS**

| GENERAL DESCRIPTION | | FOUNDATION | | EXTERIOR DESCRIPTION materials/condition | | INTERIOR materials/condition | |
|---|---|---|---|---|---|---|---|
| Units [X] Two [ ] Three [ ] Four | | [X] Concrete Slab [ ] Crawl Space | | Foundation Walls CONCRETE/AVG | | Floors CERAMIC TILE/AVG | |
| Accessory Unit (describe below) | | [ ] Full Basement [ ] Partial Basement | | Exterior Walls CBS/AVG | | Walls DRYWALL/GOOD/AVG | |
| # of Stories 1    # of Units 1 | | Basement Area    sq. ft. | | Roof Surface ASPHALT TILE/AVG | | Trim/Finish WOOD/AVG | |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | | Basement Finish    N/A % | | Gutters & Downspouts OVERHANG/AVG | | Bath Floor C-TILE/AVG | |
| [X] Existing [ ] Proposed [ ] Under Const. | | [ ] Outside Entry/Exit [ ] Sump Pump | | Window Type SING. HUNG/AVG | | Bath Wainscot C-TILE/AVG | |
| Design (Style) DUPLEX | | Evidence of [ ] Infestation | | Storm Sash/Insulated NONE | | Car Storage | |
| Year Built 1965 | | [ ] Dampness [ ] Settlement | | Screens NONE | | [X] None | |
| Effective Age (Yrs) 15 | | Heating/Cooling | | Amenities | | [X] Driveway # of Cars 4 | |
| Attic | None | [X] FWA [ ] HWBB [ ] Radiant | | [ ] Fireplace(s) # | [ ] Woodstove(s) # | Driveway Surface ASPHALT/AVG | |
| [ ] Drop Stair | Stairs | [ ] Other | Fuel ELECTRIC | [X] Patio/Deck | [ ] Fence | [ ] Garage # of Cars | |
| [ ] Floor | [X] Scuttle | [X] Central Air Conditioning | | [ ] Pool | [ ] Porch | [ ] Carport # of Cars | |
| [ ] Finished | Heated | [ ] Individual [ ] Other | | [ ] Other | | [ ] Att. [ ] Det. [ ] Built-in | |

| # of Appliances | Refrigerator 2/2 | Range/Oven 2/2 | Dishwasher 2/2 | Disposal 2/2 | Microwave 2/2 | Washer/Dryer 2/2 | Other (describe) |
|---|---|---|---|---|---|---|---|
| Unit # 1 contains: | 5 Rooms | | 2 Bedroom(s) | 1 Bath(s) | 732 Square feet of Gross Living Area | | |
| Unit # 2 contains: | 5 Rooms | | 2 Bedroom(s) | 1 Bath(s) | 732 Square feet of Gross Living Area | | |
| Unit # 3 contains: | Rooms | | Bedroom(s) | Bath(s) | Square feet of Gross Living Area | | |
| Unit # 4 contains: | Rooms | | Bedroom(s) | Bath(s) | Square feet of Gross Living Area | | |

Additional features (special energy efficient items, etc.). HI EFF APPLIANCES AND WATER HEATER CENTRAL A/C SYSTEM

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). THE SUBJECT IS IN AVERAGE CONDITION. NO FUNCTIONAL OR EXTERNAL OBSOLESCENCE WAS NOTED OR REPORTED. THIS APPRAISAL IS MADE "AS IS", SOME REPAIRS OR RENOVATIONS WERE REQUIRED AS OF THE DATE OF INSPECTION. IT APPEARS THE SUBJECT PROPERTY HAS ROOF DAMAGE AND SOME LEAKAGE

# Small Residential Income Property Appraisal Report

File No. 1810NW8STREET

**IMPROVEMENTS**

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☐ Yes ☒ No  If Yes, describe THE SUBJECT PROPERTY EXHIBITED NO PHYSICAL DEFICIENCIES, AND THERE WERE NO VISIBLE ADVERSE CONDITIONS THAT WOULD AFFECT THE LIVABILITY, SOUNDNESS, OR STRUCTURAL INTEGRITY OF THE PROPERTY. NO FUNCTIONAL OR EXTERNAL OBSOLESCENCE WAS NOTED AT THE TIME OF INSPECTION.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  ☒ Yes ☐ No  If No, describe THE PROPERTY CONFORMS WELL TO THE EXISTING NEIGHBORHOOD STOCK OF RESIDENTIAL PROPERTIES, WHICH CONSISTS OF A MIX OF SINGLE FAMILY HOMES, CONDOMINIUM UNITS, AND SOME MULTI-FAMILY RESIDENCES. THE SUBJECT'S STYLE, CONDITION AND CONSTRUCTION IS TYPICAL OF THE AREA.

Is the property subject to rent control?  ☐ Yes ☒ No  If Yes, describe THE INSTANT PROPERTY IS NOT SUBJECT TO RENT CONTROLS OF ANY SORT.

The following properties represent the most current, similar, and proximate comparable rental properties to the subject property. This analysis is intended to support the opinion of the market rent for the subject property.

**COMPARABLE RENTAL DATA**

| FEATURE | SUBJECT | COMPARABLE RENTAL NO. 1 | COMPARABLE RENTAL NO. 2 | COMPARABLE RENTAL NO. 3 |
|---|---|---|---|---|
| Address | 1810 NW 9 STREET | 869 NW 16 AVENUE | 747 NW 14 WAY | 517 NW 15 TERRACE |
| | FORT LAUDERDALE | FORT LAUDERDALE | FORT LAUDERDALE | FORT LAUDERDALE |
| Proximity to Subject | | 3 MILES | 5 MILES | 8 MILES |
| Current Monthly Rent | $              0 | $          1,425 | $          1,500 | $          1,300 |
| Rent/Gross Bldg. Area | $     0.00 sq. ft. | $     1.20 sq. ft. | $     0.85 sq. ft. | $     1.10 sq. ft. |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Data Source(s) | FARES-REAP/MLX | FARES-REAP/MLX | FARES-REAP/MLX | FARES-REAP/MLX |
| Date of Lease(s) | M-T-M | M-T-M | M-T-M | M-T-M |
| Location | SUBURBAN | SUBURBAN | SUBURBAN | SUBURBAN |
| Actual Age | 48 Years | 55 Years | 24 Years | 54 Years |
| Condition | AVEREGE | AVEREGE | AVEREGE | AVEREGE |
| Gross Building Area | 1464 sq. ft. | 1,184 sq. ft. | 1,741 sq. ft. | 1,184 sq. ft. |

| Unit Breakdown | Rm Count | | | Size | Monthly Rent | Rm Count | | | Size | Monthly Rent | Rm Count | | | Size | Monthly Rent | Rm Count | | | Size | Monthly Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tot | Br | Ba | Sq. Ft. | | Tot | Br | Ba | Sq Ft. | | Tot | Br | Ba | Sq. Ft. | | Tot | Br | Ba | Sq. Ft. | |
| Unit # 1  3/1/1 | 5 | 2 | 1 | 732 | | 5 | 2 | 1 | 592 | 712 | 5 | 2 | 1 | 870 | 750 | 5 | 2 | 1 | 592 | 650 |
| Unit # 2  3/1/1 | 5 | 2 | 1 | 732 | | 5 | 2 | 1 | 592 | 712 | 5 | 2 | 1 | 870 | 750 | 5 | 2 | 1 | 592 | 650 |
| Unit # 3 | | | | | | | | | $ | | | | | $ | | | | | $ | |
| Unit # 4 | | | | | | | | | $ | | | | | $ | | | | | $ | |
| Utilities Included | HEAT HOT WATER | HEAT HOT WATER | HEAT HOT WATER | HEAT HOT WATER |
| | WATER SEWER | WATER SEWER | WATER SEWER | WATER SEWER |
| PARKING | 4 PRKNG SPACES | 4 PRKNG SPACES | 4 PRKNG SPACES | 4 PRKNG SPACES |

Analysis of rental data and support for estimated market rents for the individual subject units reported below (including the adequacy of the comparables, rental concessions, etc.) THESE RENTAL COMPARABLES PROVIDE A REASONABLE INDICATOR OF MARKET CONDITIONS IN RESPECT OF RENTAL VALUES FOR APARTMENTS IN THE SUBJECT AREA. ALL COMPARABLES ARE THE MOST PROXIMATE AND SIMILAR MULTI-FAMILY PROPERTIES AVAILABLE. COMPARABLES ARE SITED IN EQUALLY DESIRABLE AREAS AS THE SUBJECT.

**SUBJECT RENT SCHEDULE**

Rent Schedule: The appraiser must reconcile the applicable indicated monthly market rents to provide an opinion of the market rent for each unit in the subject property.

| | Leases | | | Actual Rents | | | Opinion Of Market Rent | | |
|---|---|---|---|---|---|---|---|---|---|
| | Lease Date | | Per Unit | | | Total | Per Unit | | Total |
| Unit # | Begin Date | End Date | Unfurnished | Furnished | Rents | Unfurnished | Furnished | Rents |
| 1 | M-T-M | M-T-M | $ | $     N/A | $ | N/A | $     725.00 | $     N/A | $     725.00 |
| 2 | M-T-M | M-T-M | | N/A | | N/A | 725.00 | N/A | 725.00 |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |

Comment on lease data  M-T-M RENTAL LEASE AGREEMENTS ARE TYPICAL OF THE AREA.

| | | Total Actual Monthly Rent | $     0.00 | Total Gross Monthly Rent | $     1,450.00 |
|---|---|---|---|---|---|
| | | Other Monthly Income (itemize) | $     0 | Other Monthly Income (itemize) | $     0 |
| | | Total Actual Monthly Income | $ | Total Estimated Monthly Income | $     1,450 |

Utilities included in estimated rents  ☐ Electric ☒ Water ☒ Sewer ☐ Gas ☐ Oil ☐ Cable ☒ Trash collection ☐ Other (describe)

Comments on actual or estimated rents and other monthly income (including personal property):  THESE RENTAL COMPARABLES PROVIDE A REASONABLE INDICATOR OF MARKET CONDITIONS IN RESPECT OF RENTAL VALUES FOR APARTMENTS IN THE SUBJECT AREA. ALL COMPARABLES ARE THE MOST PROXIMATE AND SIMILAR MULTI-FAMILY PROPERTIES AVAILABLE. ALL COMPARABLES ARE SITED IN EQUALLY DESIRABLE AREAS AS THE SUBJECT.

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain   N/A

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to or to the effective date of this appraisal.
Data source(s)  FARES/PUB REC/MLS

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)  FARES/PUB REC/MLS

**PRIOR SALE HISTORY**

Report the results of the research and analysis of the prior sale history of the subject property and comparable sales (report additional prior sales on page 4).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | NO SALES IN THE | NO PRIOR SALE IN THE | NO PRIOR SALE IN THE | NO PRIOR SALE IN THE |
| Price of Prior Sale/Transfer | PAST 3 YEARS | PAST YEAR | PAST YEAR | PAST YEAR |
| Data Source(s) | FARES/P REC/MLS | FARES/P REC/MLS | FARES/P REC/MLS | FARES/P REC/MLS |
| Effective Date of Data Source(s) | 11/2014 | 11/2014 | 11/2014 | 11/2014 |

Analysis of prior sale history of the subject property and comparable sales  THE COMPARABLES' SALES HISTORIES, STATED ABOVE, ARE UNREMARKABLE AND HAD NO APPARENT IMPACT ON THE APPRAISAL REPORT'S VALUE OPINION. THERE HAS BEEN NO SALES OR TRANSFERS IN THE PAST 3 YEARS.

## Small Residential Income Property Appraisal Report

File No. 1810NW9STREET

There are 7 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 17,000 to $ 113,000
There are 5 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 16,000 to $ 113,000

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Address | 1810 NW 9 STREET FORT LAUDERDALE | 1215 NW 30 AVENUE FORT LAUDERDALE | 836 NW 14 TERRACE FORT LAUDERDALE | 1808 NW 9 STREET FORT LAUDERDALE |
| Proximity to Subject | | 0.9 MILE | 0.4 MILE | 0.1 MILE |
| Sale Price | $ N/A | $ 80,000 | $ 50,000 | $ 84,800 |
| Sale Price/Gross Bldg. Area | $ 0.00 sq. ft. | $ 47.37 sq. ft. | $ 28.28 sq. ft. | |
| Gross Monthly Rent | $ 0 | $ 2,125 | $ 2,125 | $ 67.09 sq. ft. $ 2,125 |
| Gross Rent Multiplier | 179.00 | 37.65 | 23.53 | 39.91 |
| Floor Per Unit | $ 175,000 | $ 40,000 | $ 25,000 | $ 42,400 |
| Price Per Room | $ 29,167 | $ 8,000 | $ 5,000 | $ 8,480 |
| Price Per Bedroom | $ 58,333 | $ 20,000 | $ 12,500 | $ 21,200 |
| Rent Control | Yes [X] No | Yes [X] No | Yes [X] No | Yes [X] No |
| Data Source(s) | | FARES/PUB REC/MLS | FARES/PUB REC/MLS | FARES/PUB REC/MLS |
| Verification Source(s) | INSPECTION | PHYSICAL OBSERVATION | PHYSICAL OBSERVATION | PHYSICAL OBSERVATION |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Sale or Financing Concessions | N/A | NONE | NONE | NONE |
| | N/A | KNOWN | KNOWN | KNOWN |
| Date of Sale/Time | N/A | 08/2014 CS | NO ADJ 11/2013 CS | NO ADJ 03/2014 CS | NO ADJ |
| Location | SUBURBAN/AVG | SUBURBAN/AVG | SUBURBAN/AVG | SUBURBAN/AVG |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | FEE SIMPLE | FEE SIMPLE |
| Site | 4,950 Sq Ft | 6,086 Sq Ft | 0 5,000 Sq Ft | 0 4,950 Sq Ft | 0 |
| View | RESIDENTIAL | RESIDENTIAL/AVG | RESIDENTIAL/AVG | RESIDENTIAL/AVG |
| Design (Style) | DUPLEX | DUPLEX | DUPLEX | DUPLEX |
| Quality of Construction | CBS/AVG | CBS/AVG | CBS/AVG | CBS/AVG |
| Actual Age | 48 Years | 49 Years | 55 Years | 55 Years |
| Condition | AVERAGE | GOOD | NO ADJ AVERAGE | NO ADJ AVERAGE | NO ADJ |
| Gross Building Area | 1464 sq. ft. | 1,689 | -5,000 | 1,306 | 4,000 | 1,264 | 5,000 |
| Unit Breakdown | Total | Bdrms | Baths | Total | Bdrms | Baths | -5,800 | Total | Bdrms | Baths | Total | Bdrms | Baths |
| Unit # 1 5/2/1 | 5 | 2 | 1 | 5 | 2 | 1 | 5 | 2 | 1 | 5 | 2 | 1 |
| Unit # 2 5/2/1 | 5 | 2 | 1 | 5 | 2 | 1 | 5 | 2 | 1 | 5 | 2 | 1 |
| Unit # 3 | | | | | | | | | | | | |
| Unit # 4 | | | | | | | | | | | | |
| Basement Description | | NONE | NONE | NONE |
| Basement Finished Rooms | NONE | NONE | NONE | NONE |
| Functional Utility | 2 FAM/GOOD | 2 FAM/GOOD | 2 FAM/GOOD | 2 FAM/GOOD |
| Heating/Cooling | FWA C/Air | CNTRL/CNTRL | CNTRL/CNTRL | CNTRL/CNTRL |
| Energy Efficient Items | PER CODE | PER CODE | PER CODE | PER CODE |
| Parking On/Off Site | 4 PRKING SPCS | 4 PRKING SPCS | 4 PRKING SPCS | 4 PRKING SPCS |
| Porch/Patio/Deck | PATIO | PATIO | PATIO | PATIO |
| KIT/BATHS | SMOD KIT/BATHS | SMOD KIT/BATHS | SMOD KIT/BATHS | SMOD KIT/BATHS |
| | ROOF DAMAGE | | SMOD KIT/BATHS | SMOD KIT/BATHS |
| | | | -9,000 ROOF DAMAGE | ROOF DAMAGE -9,000 |
| Net Adjustment (Total) | | + [X] - $ 19,600 | [X] + - $ 4,000 | + [X] - $ 4,000 |
| Adjusted Sale Price | | Net Adj. -24.5% % | Net Adj. 8.0% % | Net Adj. -4.7% % |
| of Comparables | | Gross Adj. 24.5% % $ 60,400 | Gross Adj. 8.0% % $ 54,000 | Gross Adj. 16.5% % $ 80,800 |
| Adj. Price Per Unit (Adj. SP Comp # of Comp Units) | $ 30,200 | $ 27,000 | $ 40,400 |
| Adj. Price Per Room (Adj. SP Comp # of Comp Rooms) | $ 8,040 | $ 5,400 | $ 8,080 |
| Adj. Price Per Bdrm (Adj. SP Comp # of Comp Bedrooms) | $ 19,100 | $ 13,500 | $ 20,200 |
| Value Per Unit | $ 35,000 X | 2 Units = $ 70,000 Value Per GBA | $ 47.82 X 1464 sq ft. GBA = $ 70,000 |
| Value Per Rm | $ 7,000 X | 10 Rooms = $ 70,000 Value Per Bdrms | $ 7,000 X 4 Bdrms = $ 28,000 |

Summary of Sales Comparison Approach including reconciliation of the above indicators of value. THE COMPARABLES SELECTED WERE THE BEST AVAILABLE AT THE TIME OF THE APPRAISAL. ALL 3 COMPARABLES WERE RELIED UPON EQUALLY. THE THREE APPROACHES TO VALUE WERE ALL DERIVED IN THIS REPORT AND ARE EACH SUPPORTIVE OF THE OTHERS. THE SALES COMPARISON APPROACH WAS RELIED UPON MOST HEAVILY, WITH THE INCOME APPROACH RECEIVING THE NEXT GREATEST WEIGHT. THE COST APPROACH WAS PROVIDED AS ANCILLARY SUPPORT

Indicated Value by Sales Comparison Approach $ 62,000

Total gross monthly rent $ 1,450 X gross rent multiplier (GRM) + $ 0 Indicated value by the Income Approach

Comments on income approach including reconciliation of the GRM THE INCOME APPROACH PROVIDES ADDITIONAL SUPPORT TO THE VALUE DERIVED VIA RENTAL INCOME OF THE SUBJECT THE RENTAL INCOME DATA USED PROVIDES AN ADEQUATE BASIS FOR SUBSTANTIATING THE RENTAL INCOME OF THE SUBJECT. THE GRM USED IN THE INCOME APPROACH IS BRACKETED BY THE SALES COMPS USED ABOVE.

Indicated Value by: Sales Comparison Analysis $ 62,000 Income Approach $ 0 Cost Approach (if developed) $ 0

ALL THREE CLASSICAL APPROACHES TO VALUE WERE CONSIDERED IN THIS ANALYSIS. GREATEST WEIGHT WAS GIVEN TO THE SALES COMPARISON APPROACH. THE COST APPROACH AND INCOME APPROACHES WERE PROVIDED TO FURTHER SUPPORT THE FINAL VALUE ALL THREE SALES WERE WEIGHTED EQUALLY

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: THIS APPRAISAL IS MADE "AS IS". THE SUBJECT IS PHYSICALLY AND FUNCTIONALLY ADEQUATE. NO REPAIRS OR RENOVATIONS ARE NECESSARY AT THIS TIME

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 62,000
as of 11/11/2014, which is the date of inspection and the effective date of this appraisal.

SVS, Inc.

# Small Residential Income Property Appraisal Report

File No. 1810NW9STREET

**ADDITIONAL COMMENTS**

**COST APPROACH TO VALUE (not required by Fannie Mae)**

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) THE APPRAISER USED ABSTRACTION METHOD FOR ESTIMATING SITE VALUE

ESTIMATED [ ] REPRODUCTION OR [X] REPLACEMENT COST NEW

Source of cost data MARSHAL AND SWIFT COST HANDBOOK

Quality rating from cost service GOOD    Effective date of cost data

Comments on Cost Approach (gross living area calculations, depreciation, etc.)
ALL FIGURES ARE BASED ON MARSHAL AND SWIFT COST HANDBOOK. PHYSICAL DEPRECIATION IS CALCULATED USING THE AGE/LIFE METHOD. HIGH LAND TO VALUE RATIO IS DUE TO LIMITED VACANT LAND & IS NOT CONSIDERED TO BE ADVERSE. THE COST APPROACH IS TO BE USED FOR MARKET VALUATION ONLY. NOT FOR INSURANCE PURPOSE

Estimated Remaining Economic Life (HUD and VA only)    45 Years

| OPINION OF SITE VALUE | | | | | = $ | |
|---|---|---|---|---|---|---|
| Dwelling | 1,464 Sq Ft @ $ | | | | = $ | 0 |
| | Sq Ft @ $ | | | | = $ | 0 |
| Garage/Carport | Sq Ft @ $ | | | | = $ | 0 |
| Total Estimate of Cost New | | | | | = $ | 0 |
| Less   60 Physical | Functional | External | | | | |
| Depreciation   25% | 0% | 0% | | | = $ | 0 |
| Depreciated Cost of Improvements | | | | | = $ | 0 |
| "As-is" Value of Site Improvements | | | | | = $ | |
| INDICATED VALUE BY COST APPROACH | | | | | = $ | 0 |

**PROJECT INFORMATION FOR PUDs (if applicable)**

Is the developer/builder in control of the Homeowners' Association (HOA)? [ ] Yes [X] No   Unit type(s) [ ] Detached [X] Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project  N/A

Total number of phases  N/A    Total number of units  N/A    Total number of units sold  N/A

Total number of units rented  N/A    Total number of units for sale  N/A    Data source(s)  N/A

Was the project created by the conversion of an existing building(s) into a PUD? [ ] Yes [ ] No   If Yes, date of conversion.

Does the project contain any multi-dwelling units? [ ] Yes [ ] No   Data source(s)  N/A

Are the units, common elements, and recreation facilities complete? [ ] Yes [ ] No   If No, describe the status of completion.  N/A

Are the common elements leased to or by the Homeowners' Association? [ ] Yes [ ] No   If Yes, describe the rental terms and options.  N/A

Describe common elements and recreational facilities.  N/A

## Small Residential Income Property Appraisal Report

File No. 1810NWSSTREET

This report form is designed to report an appraisal of a two- to four-unit property, including a two- to four-unit property in a planned unit development (PUD). A two- to four-unit property located in either a condominium or cooperative project requires the appraiser to inspect the project and complete the project information section of the Individual Condominium Unit Appraisal Report or the Individual Cooperative Interest Appraisal Report and attach it as an addendum to this report.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1.  The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2.  The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements, including each of the units. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3.  The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4.  The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5.  The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6.  The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Produced using ACI software, 800.234.8727 www.aciweb.com
Page 5 of 7

# Small Residential Income Property Appraisal Report

File No. 1910NWISTREET

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property, including all units. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison and income approaches to value. I have adequate market data to develop reliable sales comparison and income approaches to value for this appraisal assignment. I further certify that I considered the cost approach to value but did not develop it, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

## Small Residential Income Property Appraisal Report

File No. 1810NW9STREET

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

## SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name DOMINICK ALI | Name |
| Company Name DOMINICK ALI | Company Name |
| Company Address 650 NE 149 ST, #503A, MIAMI, FL 33161 | Company Address |
| Telephone Number 786-439-8468 | Telephone Number |
| Email Address FASTVALUES124@BELLSOUTH.NET | Email Address |
| Date of Signature and Report 11/11/2014 | Date of Signature |
| Effective Date of Appraisal 11/11/2014 | State Certification # |
| State Certification # FL ST. CERT RES R.E.A RD-5983 | or State License # |
| or State License # | State |
| or Other (describe) _____ State # | Expiration Date of Certification or License |
| State FL | |
| Expiration Date of Certification or License 11/30/2014 | |

| ADDRESS OF PROPERTY APPRAISED | SUBJECT PROPERTY |
|---|---|
| 1810 NW 9 STREET | ☐ Did not inspect subject property |
| FORT LAUDERDALE, FL 33311 | ☐ Did inspect exterior of subject property from street |
| | Date of Inspection |
| APPRAISED VALUE OF SUBJECT PROPERTY $ _____ 82,000 | ☐ Did inspect interior and exterior of subject property |
| | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name TED DAMES | ☐ Did not inspect exterior of comparable sales from street |
| Company Address N/A | ☐ Did inspect exterior of comparable sales from street |
| Email Address | Date of Inspection |

Freddie Mac Form 72 March 2005

Produced using ACI software, 800 234 8727 www.aciweb.com   Page 7 of 7

SVS, Inc.

ADDENDUM

Borrower  Case 15-19657-JKO
Property Address  1810 NW 9 STREET
City  FORT LAUDERDALE
Lender  TED DAMES

File No.  1810NW9STREET
Case No.
State  FL
Zip  33311

THE SUBJECT IS IN AVERAGE CONDITION. NO FUNCTIONAL OR EXTERNAL OBSOLESCENCE WAS NOTED OR REPORTED. THIS APPRAISAL IS MADE "AS IS", SOME REPAIRS OR RENOVATIONS WERE REQUIRED AS OF THE DATE OF INSPECTION. IT APPEARS THE SUBJECT PROPERTY HAS ROOF DAMAGE AND SOME LEAKAGE.

## COMMENTS ON SUBJECT:

THE SUBJECT IS A 2 FAMILY, CBS, DETACHED, DWELLING LOCATED IN A DESIRABLE AREA IN MIAMI DADE COUNTY, FLORIDA. THE SUBJECT IS IN AVERAGE CONDITION WITH SEMI-MODERN KITCHEN/BATHS. THE HOME FEATURES TWO APARTMENTS.

## SUBJECT'S 3 YEAR SALES HISTORY:

THERE HAVE BEEN NO OTHER SALES OR TRANSFERS OF THE SUBJECT DURING THE PAST 3 YEARS.

## FINAL RECONCILIATION:

ALL 3 CLASSIC APPROACHES TO VALUE WERE CONSIDERED IN THIS ANALYSIS. THE SALES COMPARISON APPROACH IS DEEMED MOST APPLICABLE FOR THE SUBJECT PROPERTY. ESTIMATED MARKETING/EXPOSURE TIME IS OVER 6 MONTHS.

AS ADJUSTED, THESE SALES REPRESENT A REASONABLE RANGE OF VALUE FOR DETERMINING THE FINAL VALUE ESTIMATE. ALL ADJUSTMENTS WERE MARKET DERIVED AND APPLIED ACCORDINGLY. THE APPRAISER GAVE EQUAL WEIGHT TO ALL SALES UTILIZED IN MAKING THE FINAL VALUE ESTIMATE. THE QUALITY AND QUANTITY OF THE DATA IS CONSIDERED GOOD AND RELIABLE.

## E-SIGNATURE ADDENDUM:

THIS REPORT HAS BEEN SIGNED USING A DIGITAL SIGNATURE IN ORDER TO FACILITATE ITS ELECTRONIC TRANSMISSION. THE DIGITALSIGNATURE TECHNOLOGY APPLIED TO THIS REPORT IS PASSWORD PROTECTED AND INCORPORATES OTHER SECURITYTECHNOLOGIES THAT PRECLUDE ALTERATION OF THE REPORT AFTER THE DIGITAL SIGNATURE HAS BEEN APPLIED. PURSUANT TO FEDERAL LEGISLATION, DIGITAL SIGNATURES CARRY THE SAME LEGAL FORCE AND EFFECT AS HAND-APPLIED SIGNATURES BY ANAUTHOR. ONLY THE INDIVIDUAL APPRAISERS SIGNING THIS REPORT HAVE ACCESS TO THEIR DIGITAL SIGNATURE PASSWORDS AND CAN AFFIX THEIR SIGNATURES TO THIS REPORT.

FOR SECURITY PURPOSES, AND TO AVOID CONFLICTS OF INTEREST, PLEASE BE AWARE THAT THE APPRAISERS' SIGNATURES, AND OTHER IDENTIFYING INFORMATION SUCH AS THEIR NAMES AND ADDRESSES, SHOULD BE REDACTED BEFORE THIS APPRAISAL IS DELIVERED FOR A DESK REVIEW, OR FIELD REVIEW.

## ADDENDUM TO THE APPRAISAL

### SCOPE OF THE APPRAISAL:

The scope of the appraisal is to analyze market conditions as of the effective date of the appraisal and to consider

all approaches to value in order to estimate the subject's market value, as defined, for its highest and best use.

### FUNCTION OF THE APPRAISAL:
The function of this appraisal is to provide an estimate of the current market value, as defined, for financing and/or decision making by the client.

Contents of this report are of a confidential nature.

The appraisal assignment was prepared on an independent basis and not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

My analysis, opinions, and conclusions were developed and this report has been prepared in conformity with the Uniform Standards of Professional Practice and in accordance with the regulations developed by the lender's Federal Regulatory Agency as required by FIRREA. The Departure Provision was not utilized.

The appraiser has no knowledge of the existence of any hazard existing on or near the subject property or any site

within the vicinity unless otherwise stated in the appraisal.

Borrower:
Property Address: 1810 NW 9 STREET
City: FORT LAUDERDALE
Lender: TED DAMES

File No: 1810NW9STREET
Case No
State: FL
Zip: 33311

Unless otherwise noted specifically in the appraisal, no personal property is included in the market evaluation. In accordance with the competency provision in USPAP, the appraiser certifies that his education, experience and

knowledge is sufficient to appraise the type of property being appraised and that no appraiser has provided significant professional assistance to the person inspecting the subject property and in the completion of the analysis other than the cosigning appraiser or the appraiser's employer.

Password protected encrypted electronic signatures were used in this report. Original signatures are on file.

The enclosed is a summary report.

## MARKET DATA

THE APPRAISER THOROUGHLY SEARCHED THE SUBJECT'S IMMEDIATE AND COMPETING SURROUNDING NEIGHBORHOODS FOR THE MOST RECENT SALES WHICH WERE COMPARABLE TO THE SUBJECT PROPERTY. THE COMPARABLES SELECTED FOR THE APPRAISAL REPORT WERE CHOSEN BECAUSE OF THEIR SIZE, LOCATION, DESIGN, AGE, ROOM COUNT, DATE OF SALE AND CONDITION OF THE IMPROVEMENTS. THE COMPARABLE SALES SELECTED GIVE THE BEST INDICATION OF MARKET VALUE.

AFTER REVIEWING ALL COMPARABLE MARKET DATA AND PERFORMING PAIRED SALES ANALYSIS, THE ADJUSTMENTS MADE BY THE APPRAISER ARE REFLECTIONS OF THE MARKET.

## INCOME APPROACH TO VALUE

THE INCOME APPROACH IS PREMISED ON CAPITALIZING A NET INCOME STREAM FROM A PROPERTY TO ARRIVE AT AN INDICATED VALUE.. THE SUBJECT IS A RESIDENTIAL PROPERTY, TYPICALLY PURCHASED FOR THE INTANGIBLE PLEASURES OF HOME OWNERSHIP AND NOT FOR THE PURPOSE OF GENERATING INCOME. IF THE INDICATED VALUE BY THE INCOME APPROACH ON THE APPRAISAL FORM WAS COMPLETED WITH N/A, THEN IT WAS THE JUDGEMENT OF THE APPRAISER, BASED ON THE ABOVE MENTIONED FACTORS AND OUR RESEARCH, THAT THE INCOME APPROACH WAS INAPPROPRIATE FOR THE ASSIGNMENT.

## COST APPROACH TO VALUE

COST DATA IS OBTAINED FROM MARSHALL & SWIFT PUBLICATIONS, AS WELL AS, LOCAL BUILDER'S COST ESTIMATES. WHENEVER POSSIBLE, LAND SALES ARE USED. IF NOT AVAILABLE, LAND VALUE IS ABSTRACTED FROM MARKET INFORMATION. DEPRECIATION IS BASED ON EFFECTIVE AGE AND EXPECTED LIFE.

## PREDOMINANT VALUE

THE PREDOMINANT SALES PRICE IS THAT SALES PRICE WHICH IS (MOST OFTEN FOUND) AFTER DISREGARDING ISOLATED EXTREMES AT EITHER END OF THE PRICE SPECTRUM. THE ESTIMATED MARKET VALUE FOR THE SUBJECT IS NOT IDENTICAL TO THE PREDOMINANT VALUE OF THE NEIGHBORHOOD. THIS DOES NOT HAVE AN ADVERSE EFFECT ON THE SUBJECT'S MARKET VALUE. IN THE SUBJECT'S CASE THE MARKET VALUE FALLS WELL WITHIN THE HIGH LOW PRICE PARAMETERS OF THE NEIGHBORHOOD. THIS INDICATES THE SUBJECT PROPERTY IS CHARACTERISTIC AND REPRESENTATIVE OF SIMILAR PROPERTIES IN THE NEIGHBORHOOD.

## FLOOD ZONE

FLOOD ZONE INFORMATION IS TAKEN FROM THE NATIONAL FLOOD INSURANCE PROGRAM MAPS. AT TIMES, THE SUBJECT FALLS NEAR A BORDER BETWEEN TWO ZONES. IN THIS CASE, THE WORST OF THE TWO ZONES IS TAKEN. ELEVATION SURVEYS SHOULD BE DONE TO CONFIRM ALL FLOOD ZONES.

## SEPTIC TANK SYSTEM

IF "SEPTIC TANK" IS INDICATED IN THE SITE SECTION OF THE REPORT, IT IS NOTED THAT THIS IS AN ACCEPTABLE FORM OF WASTE DISPOSAL IN THE NEIGHBORHOOD. UNLESS OTHERWISE NOTED IN THE COMMENT SECTION OF SITE OR BY SEPARATE ADDENDA, NO VISIBLE PROBLEMS WITH THE SEPTIC TANK SYSTEM WERE NOTED AT THE TIME OF THE INSPECTION. THE EXISTENCE OF A SEPTIC TANK SYSTEM HAS NO AFFECT ON THE ESTIMATE OF VALUE OR MARKETABILITY OF THE SUBJECT PROPERTY.

## PERSONAL PROPERTY

CERTAIN ITEMS NORMALLY FOUND IN RESIDENTIAL PROPERTIES ARE PERSONAL PROPERTY, WHICH CAN BE DEFINED AS THOSE ITEMS NOT PERMANENTLY ATTACHED OR AFFIXED TO THE REAL ESTATE. FROM TIME TO TIME PURCHASE/SALE CONTRACTS INCLUDE ITEMS OF PERSONAL PROPERTY AS PART OF THE CONTRACT AND SALES PRICE. THESE MIGHT INCLUDE (BUT ARE NOT

Borrower
Property Address: 1810 NW 9 STREET     File No.: 1810NW9STREET
City: FORT LAUDERDALE     Case No.:
Lender: TED DAMES     State: FL     Zip: 33311

LIMITED TO): REFRIGERATORS, WINDOW TREATMENTS, ABOVE GROUND SWIMMING POOLS, WASHER/DRYERS, COUNTER TOP MICROWAVE OVENS, MOVABLE DISHWASHERS, OUTDOOR PATIO FURNITURE, RECREATIONAL ITEMS.

PERSONAL PROPERTY ITEMS ARE NOT INCLUDED IN THE ESTIMATE OF VALUE MADE IN THIS REPORT. WHERE POSSIBLE, CHECK BOXES ON THE FORM ARE UTILIZED TO INDICATE ITEMS THAT WERE OBSERVED AT THE TIME OF THE INSPECTION BUT THAT WERE NOT INCLUDED IN THE VALUE ESTIMATE.

## CONDITIONS OF COMPONENTS

A VISUAL INSPECTION WAS MADE OF COMPONENTS OF THE SUBJECT, INCLUDING APPLIANCES, HEATING AND COOLING, FLOORS, WALLS, MECHANICAL, ELECTRICAL, AND PLUMBING SYSTEMS. CONDITION OF THESE AND ANY OTHER COMPONENTS AS INDICATED IN THE APPRAISAL RELY ON REASONABLE EXPECTATIONS OF ADEQUACY. THESE OBSERVATIONS DO NOT INDICATE A GUARANTEE OF CONDITION. IF A GUARANTEE IS NEEDED, ONE SHOULD BE OBTAINED FROM A PROPERLY LICENSED, LEGALLY QUALIFIED INDIVIDUAL.

## ENVIRONMENTAL HAZARDS

THE APPRAISER IS NOT AN EXPERT IN THE FIELD OF ENVIRONMENTAL HAZARDS OR TOXIC WASTE, AND CONSEQUENTLY, THE APPRAISER SHOULD NOT BE RELIED UPON AS TO WHETHER OR NOT ENVIRONMENTAL HAZARDS ACTUALLY EXIST ON THE PROPERTY.

IN ORDER TO FULLY AND ADEQUATELY DETERMINE THE CONDITION OF THE PROPERTY WITH RESPECT TO ENVIRONMENTAL HAZARDS, AN EXPERT IN THE FIELD OF ENVIRONMENTAL HAZARDS SHOULD MAKE AN INSPECTION OF THE PROPERTY. THE ESTIMATED MARKET VALUE OF THE SUBJECT PROPERTY IS BASED ON THE ASSUMPTION THAT NO HAZARDOUS MATERIALS ARE PRESENT IN THE SUBJECT THAT COULD RESULT IN A LOSS OF VALUE.

## EXPLANATION OF BUILDING SQUARE FOOT AREA

THIS APPRAISAL USES ACTUAL PERMITTED LIVING AREA IN THE MARKET ANALYSIS FOR THE SUBJECT AND PUBLIC RECORDS FOR THE COMPARABLE SALES. THE LIVING AREA UTILIZED FOR THE SALES DATA HAS BEEN ABSTRACTED FROM THE PUBLIC RECORDS/TAX ROLLS LISTED SQUARE FOOT AREA DATA, AND MAY HAVE BEEN FURTHER MODIFIED BY THE FIELD APPRAISER'S OBSERVATION OF THE ACTUAL IMPROVEMENTS.

THE ABSTRACTED LIVING AREA OF THE SALE PROPERTIES HAVE BEEN CALCULATED TO THE BEST OF THE APPRAISER'S OBSERVATIONS AND INFORMATION OBTAINABLE, HOWEVER, THE APPRAISER HAS NOT MEASURED THE COMPARABLE SALES OR HAD BENEFIT OF SURVEYS, UNLESS OTHERWISE NOTED.

## DIGITAL SIGNATURE

THE APPRAISER USED DIGITALIZED PHOTOS (AND SIGNATURE WHEN E-MAILED), THE SIGNATURE IS PASSWORD PROTECTED TO ENSURE THE INTEGRITY OF THE REPORT.

## FINAL RECONCILIATION

ALL SALES ARE VERIFIED, CLOSED TRANSACTIONS, EXTERNALLY INSPECTED BY THE APPRAISER, THE COMPARABLES UTILIZED IN THIS REPORT REQUIRED REASONABLE GROSS/NET ADJUSTMENTS (WHICH ARE TYPICAL FOR THE AREA), REFLECT SUBJECT MARKET VALUE AND ARE CONSIDERED TO BE AMONG THE MOST VALID MARKET VALUE INDICATORS OF THE SUBJECT PROPERTY. ALL COMPARABLES ARE DEEMED TO BE RELATIVELY SIMILAR IN TERMS OF DESIGN AND APPEAL TO THE SUBJECT, THUS NO ADJUSTMENTS WERE MADE FOR DESIGN/APPEAL. EQUAL WEIGHT WAS PLACED ON ALL SALES.

The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales within the market area. The original source of the comparables is shown in the Data Source section of the market grid along with the source of confirmation, if available. The original source is presented first. The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in this report nor was used as a basis for the value conclusion.

One- to Four-Family Investment Property and Two- to Four-Family Owner-Occupied Property

| Property Address | | | | | | 1810NW9STREET |
|---|---|---|---|---|---|---|
| 1810 NW 9 STREET | | | | | | |
| Street | | FORT LAUDERDALE | | FL | | 33311 |
| | | City | | State | | Zip Code |

**General Instructions:** This form is to be prepared jointly by the loan applicant, the appraiser, and the lender's underwriter. The applicant must complete the following schedule indicating each unit's rental status, lease expiration date, current rent, market rent, and the responsibility for utility expenses. Rental figures must be based on the rent for an "unfurnished" unit.

| | Currently Rented | Expiration Date | Current Rent Per Month | Market Rent Per Month | | Utility Expense | Paid By Owner | Paid By Tenant |
|---|---|---|---|---|---|---|---|---|
| Unit No. 1 Yes X | No | | $ | $ | | Electricity . . . . . . . | ☐ | ☒ |
| Unit No. 2 Yes X | No | M-T-M | $ | $ 725 | | Gas . . . . . . . . . | ☐ | ☐ |
| Unit No. 3 Yes | No | M-T-M | $ | $ 725 | | Fuel Oil . . . . . . . . | ☐ | ☐ |
| Unit No. 4 Yes | No | | $ | $ | | Fuel (Other) . . . . . | ☐ | ☐ |
| Total | | | $ | 0 $ 1,450 | | Water/Sewer . . . . | ☐ | ☒ |
| | | | | | | Trash Removal . . . | ☒ | ☐ |

The applicant should complete all of the income and expense projections and for existing properties provide actual year-end operating statements for the past two years (for new properties the applicant's projected income and expenses must be provided). This Operating Income Statement and previous operating statements the applicant provides must then be sent to the appraiser for review, comment, and/or adjustments next to the applicant's figures (e.g., Applicant/Appraiser 288/300). If the appraiser is retained to complete the form instead of the applicant, the lender must provide to the appraiser the aforementioned operating statements, mortgage insurance premium, HOA dues, leasehold payments, subordinate financing, and/or any other relevant information as to the income and expenses of the subject property received from the applicant to substantiate the projections. The underwriter should carefully review the applicant's/appraiser's projections and the appraiser's comments concerning those projections. The underwriter should make any final adjustments that are necessary to more accurately reflect any income or expense items that appear unreasonable for the market. (Real estate taxes and insurance on these types of properties are included in PITI and not calculated as an annual expense item.) Income should be based on current rents, but should not exceed market rents. When there are no current rents because the property is proposed, new, or currently vacant, market rents should be used.

## Annual Income and Expense Projection for Next 12 months

Income *(Do not include income for owner-occupied units)*

| | By Applicant/Appraiser | Adjustments by Lender's Underwriter |
|---|---|---|
| Gross Annual Rental *(from unit(s) to be rented)* | $ | $ |
| Other Income *(include sources)* | 0 | + |
| Total | 0 | $ |
| Less Vacancy/Rent Loss | $ 0 | $ |
| Effective Gross Income | $ 594.00 ( 3%) | ( %) |
| | -594 | $ |

Expenses *(Do not include expenses for owner-occupied units)*

| | | By Applicant/Appraiser | Lender's Underwriter |
|---|---|---|---|
| Electricity | | | |
| Gas | | PAID BY OWNER | |
| Fuel Oil | | N/A | |
| Fuel | | N/A | |
| Water/Sewer | (Type: N/A ) | N/A | |
| Trash Removal | | PAID BY OWNER | |
| Pest Control | | INCL IN TAXES | |
| Other Taxes or Licenses | | 300 | |
| Casual Labor | | 350 | |
| This includes the costs for public area cleaning, snow removal, etc., even though the applicant may not elect to contract for such services. | | 250 | |
| Interior Paint/Decorating | | | |
| This includes the costs of contract labor and materials that are required to maintain the interiors of the living units. | | 350 | |
| General Repairs/Maintenance | | | |
| This includes the costs of contract labor and materials that are required to maintain the public corridors, stairways, roofs, mechanical systems, grounds, etc. | | 400 | |
| Management Expenses | | | |
| These are the customary expenses that a professional management company would charge to manage the property. | | OWNER MANAGED | |
| Supplies | | | |
| This includes the costs of items like light bulbs, janitorial supplies, etc. | | 250 | |
| Total Replacement Reserves - See Schedule on Pg. 2 | | 1,160 | |
| Miscellaneous | | 200 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total Operating Expenses** | $ | 3,260 | $ |

## Replacement Reserve Schedule

1810NWGSTREET

Adequate replacement reserves must be calculate regardless of whether actual reserves are provided for on the owner's operating statements or are customary in the local market. This represents the total average yearly reserves. Generally, all equipment and components that have a remaining life of more than one year-such as refrigerators, stoves, clothes washers/dryers, trash compactors, furnaces, roofs, and carpeting, etc. should be expensed on a replacement cost basis.

| Equipment | Replacement Cost | Remaining Life | | | By Applicant/Appraiser | Lender Adjustments |
|---|---|---|---|---|---|---|
| Stoves/Ranges | @$ 500.00 ea. | 10 Yrs. x | 2 Units =$ | | 120.00 $ | |
| Refrigerators | @$ 600.00 ea. | 10 Yrs. x | 2 Units =$ | | 120.00 $ | |
| Dishwashers | @$ 600.00 ea. | 10 Yrs. x | 2 Units =$ | | 120.00 $ | |
| A/C Units | @$ 2,000.00 ea. | 15 Yrs. x | 2 Units =$ | | 120.00 $ | |
| C Washer/Dryers | @$ 600.00 ea. | 10 Yrs. x | 2 Units =$ | | 266.67 $ | |
| HW Heaters | @$ 600.00 ea. | 15 Yrs. x | 2 Units =$ | | 120.00 $ | |
| Furnace(s) | @$ | ea. | Yrs. x | 2 Units =$ | | 80.00 $ | |
| (Other) | @$ | ea. | Yrs. x | Units =$ | | $ | |
| | @$ | ea. | Yrs. x | Units =$ | | $ | |
| Roof | @$ 10,000 | 30 Yrs. x One Bldg. = | | | 333.33 $ | |

Carpeting (Wall to Wall)

|  | | Remaining Life | | | |
|---|---|---|---|---|---|
| (Units) | Total Sq. Yds. @ $ | Per Sq. Yd. | Yrs. = | $ | $ |
| (Public Areas) | Total Sq. Yds. @ $ | Per Sq. Yd. | Yrs. = | $ | $ |

**Total Replacement Reserves. (Enter on Pg. 1)**          $ 1,180.00 $

## Operating Income Reconciliation

$ -694.00  - $          3,260.00    = $          -3,954.00  - 12 -  $          -321.17
Effective gross Income            Total Operating Expenses          Operating Income          Monthly Operating Income

$ -321.17  - $          = $          -321.17
Monthly Operating Income          Monthly Housing Expenses          Net Cash Flow

(Note: Monthly Housing Expense includes principal and interest on the mortgage, hazard insurance premiums, real estate taxes, mortgage insurance premiums, HOA dues, leasehold payments, and subordinate financing payments.)

Underwriter's Instructions for 2-4 Family Owner-Occupied Properties

* If Monthly Operating Income is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Monthly Operating Income is a negative number, it must be included as a liability for qualification purposes.

* The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total Monthly Housing Expense for the subject property to the borrower's stable monthly income.

Underwriter's Instructions for 1-4 Family Investment Properties

* If Net Cash Flow is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Net Cash Flow is a negative number, it must be included as a liability for qualification purposes.

* The borrower's monthly housing expense to-income ratio must be calculated by comparing the total monthly housing expense for the borrower's primary residence to the borrower's stable monthly income.

Appraiser's Comments (including sources for data and rationale for the projections)

INCOME/EXPENSES ARE TYPICAL GIVEN THE SUBJECT'S AGE, LOCATION, SIZE AND USAGE. RESERVES ARE CALCULATED BASED ON 2 RENTAL UNITS.

DOMINICK ALI
Appraiser Name                    Appraiser Signature          11/11/2014
                                                                Date

Underwriter's Comments and Rationale for Adjustments

Underwriter Name                    Underwriter Signature          Date

SUBJECT PROPERTY PHOTO ADDENDUM

Borrower: N/A
Property Address: 1810 NW 5 STREET
City: FORT LAUDERDALE
Lender: TED DAMES

File No.: 1810NW5STREET
Case No.:
State: FL
Zip: 33311



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: November 11, 2014
Appraised Value: $ 62,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

COMPARABLE PROPERTY PHOTO ADDENDUM

Borrower: N/A
Property Address: 1810 NW 9 STREET
City: FORT LAUDERDALE
Lender: TED DAMES

File No.: 1810NW9STREET
Case No.:
State: FL        Zip: 33311



**COMPARABLE SALE #1**

1215 NW 30 AVENUE
FORT LAUDERDALE
Sale Date: 08/2014 CS
Sale Price: $ 80,000



**COMPARABLE SALE #2**

636 NW 14 TERRACE
FORT LAUDERDALE
Sale Date: 11/2013 CS
Sale Price: $ 50,000



**COMPARABLE SALE #3**

1808 NW 9 STREET
FORT LAUDERDALE
Sale Date: 03/2014 CS
Sale Price: $ 84,800

Borrower: N/A
Property Address: 1810 NW 9 STREET
City: FORT LAUDERDALE
Lender: TED DAMES

File No.: 1810NW9STREET
Case No.:
State: FL
Zip: 33311



UNIT 1



UNIT 1



UNIT 2

LOCATION MAP

Borrower: N/A

Property Address: 1810 NW 9 STREET

City: FORT LAUDERDALE

Lender: TED DAMES

State: FL

File No.: 1810NW9STREET

Case No.:

Zip: 33311



FLOORPLAN SKETCH

Borrower: N/A
Property Address: 1810 NW 9 STREET
City: FORT LAUDERDALE
Lender: TED DAMES

File No.: 1810NW9STREET
Case No.:
State: FL
Zip: 33311



24.0'

23.0'

6.0'

58.0'

12.0'

6.0'

23.0'

24.0'

| SKETCH CALCULATIONS | Perimeter | Area |
|---|---|---|
| A1 : 24.0 x 23.0 = | | 552.0 |
| A2 : 30.0 x 12.0 = | | 360.0 |
| A3 : 24.0 x 23.0 = | | 552.0 |
| First Floor | | 1464.0 |
| **Total Living Area** | | **1464.0** |

PLAT MAP

Borrower: N/A
Property Address: 1810 NW 9 STREET
City: FORT LAUDERDALE
Lender: TED DAMES

File No.: 1810NW9STREET
Case No.:
State: FL
Zip: 33311



Borrower: N/A
Property Address: 1810 NW 9 STREET
City: FORT LAUDERDALE
Lender: TED DAMES

File No.: 1810NW9STREET
Case No.:
State: FL          Zip: 33311

 **GeneralStar™**

GENERAL STAR NATIONAL INSURANCE COMPANY
Financial Centre
P.O. Box 10360
Stamford, Connecticut 06904-2360

## REAL ESTATE APPRAISERS ERRORS & OMISSIONS INSURANCE POLICY

### DECLARATIONS PAGE

This is a claims made and reported policy. Please read this policy and all endorsements and attachments carefully.

Policy Number:  NJA631318

Renewal of Number:

1. **NAMED INSURED:**      Dominick Ali
   **STREET ADDRESS:**      5005 Collins Avenue, #1522
                            Miami Beach, FL 33140

2. **POLICY PERIOD:**  Inception Date: 09/19/2014

   Expiration Date:    09/19/2015

   Effective 12:01 a.m. Standard Time at the address of the Named Insured.

3. **LIMIT OF LIABILITY:**
   Each Claim:          $1,000,000
   Aggregate:           $1,000,000
   Claim Expenses have a separate Limit of Liability:
   Each Claim:          $1,000,000
   Aggregate:           $1,000,000

4. **DEDUCTIBLE:**      Each Claim: $500.00        Aggregate: $1,000.00

5. **RETROACTIVE DATE:**  09/19/2014

   If a date is indicated, this policy will not provide coverage for any **Claim** arising out of any act, error, omission or personal injury which occurred before such date.

6. **ANNUAL PREMIUM:**      $  751.00      Additional 1.0% FL Hurricane Fund Surcharge 8.00

7. **ENDORSEMENTS:**
   This policy is made and accepted subject to the printed policy form together with the following form(s) or endorsement(s).
   GSN-07-AP-122FL(10/2008)
   GSN-07-AP-375 (10/2007)

8. **MANAGING AGENT**
   Herbert H. Landy Insurance Agency, Inc.
   75 Second Avenue, Suite 410

   Needham, Massachusetts 02494-2876

   *Betsy a mcpherson*

   Authorized Representative

GSN-07-AP-720 (06/2007)        © Copyright 2007, General Star Management Company, Stamford, CT        Page 1 of 1
Producer Code: 00026230                                                    Class Code: 73128
Date: 09/22/2014                                                           SLA#:

Borrower: N/A
Property Address: 1810 NW 9 STREET
City: FORT LAUDERDALE
Lender: TFD DAMES

File No.: 1810NW9STREET
Case No.:
State: FL
Zip: 33311

STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
FLORIDA REAL ESTATE APPRAISAL BD
1940 N. MONROE ST.
TALLAHASSEE          FL 32399-0783

850-417-1395

ALI, DOMINICK
650 N.E 143 STREET, #5331A
N. MIAMI BEACH          FL 33161

STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION

RD5983          13/03/12 138149500

CERTIFIED RESIDENTIAL APPRAISER
ALI, DOMINICK

**DETACH HERE**

AC#6559283                     STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
FLORIDA REAL ESTATE APPRAISAL BD

SEQ#L13116302826

The CERTIFIED RESIDENTIAL APPRAISER
Named below IS CERTIFIED
Under the provisions of Chapter 475 FS.
Expiration date: NOV 30, 2014

ALI, DOMINICK
650 N.E 143 AVE #74 1522
MIAMI BEACH          FL 33140

RICK SCOTT
GOVERNOR                     KEN LAWSON
SECRETARY

DISPLAY AS REQUIRED BY LAW