

**ORDERED in the Southern District of Florida on May 23, 2016.**

John K. Olson, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                      Chapter 13 Case

TED DAMES,                                  Case No.: 15-19657-JKO
    Debtor.
_____/

### AGREED ORDER GRANTING MOTION TO AMEND AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECUREDSTATUS OF LIEN ON REAL PROPERTY HELD BY WELLS FARGO BANK, N.A., D.E. 90

THIS CASE came, on the Debtor's *Motion to Amend Agreed Order Granting Motion to Value and Determine Secured Status of Lien on Real Property* (DE 109; the "Motion"). Based upon the debtor's assertions made in support of the Motion, the parties' agreement, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

The value of the debtor's real property (the "Real Property") located at 1810 NW 9th St., Fort Lauderdale, Florida 33311 and more particularly described as:

> **Lots 7 and 8, Block 3, FIRST ADDITION TO LAUDERDALE HOMESITES, according to the Plat thereof, as Recorded in Plat Book 3, at Page 42,**

**of the Public Records of BROWARD County Florida,**

is $75,000.00 at the time of the filing of this case.

B. Wells Fargo Bank, N.A. (the "Lender") holds a security interest in the Real Property by virtue of a mortgage recorded at Book 44315 Page 1195 in the public records of Broward County, Florida.

C. The total of all claims secured by liens on the Real Property senior to the lien of Wells Fargo Bank, N.A., (the "Lender") is $0.00.

D. The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $75,000.00 and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $75,000.00.

3. Lender has an allowed secured claim in the amount of $75,000.00, which shall be paid in full through the Debtor's chapter 13 plan, amortized over a term of 60 months, with interest at the rate of 5.25% per annum. This result in an amortized monthly payment of $1,423.95 for principal & interest, and Lender may apply any and all payments received according to this amortization schedule, regardless of the amounts proposed to be paid in any particular month of the plan, and regardless of the actual amounts disbursed by or received from the Chapter 13 Trustee. Further, the mortgage loan shall remain escrowed with an escrow payment in the amount of $127.73 per month, beginning in Month 1 of the Plan.

4. Lender filed a proof of claim in this case, Claim 4. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general

unsecured claim in the amount of $61,921.46 regardless of the original classification in the proof of claim as filed.

5. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

Submitted by:

Orville McKenzie, Esq.
C. Marie Brevitt-Schoop, P.A.
20401 N.W. 2nd Ave., Suite 220
Miami, Florida 33169
Tel: 305-653-6959
Fax: 305-653-6442
Email: marie@brevittschoop.com
Copies furnished to:

Orville McKenzie, Esq.

(Attorney Orville McKenzie is directed to serve copies of this Order upon all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.)